BENJ. SUTHERLAND agt. THE BARQUANTINE LADY MAUNSELL.

This case, which was one where the owners of the vessel resided in a foreign country, and the libel instituted by a material man here to enforce a lien in *rem*, was decided by the same judge, and the same principle established as to such liens, as in the above case, of *Whitlock* agt. *The Barque Thales.*

B. T. SAWYER, *for libellant.*
D. McMAHON, *for claimant.*